JS-6
TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| AYOOB VAHED, | Case No. 8:20-cv-02188-MAR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1 | Having approved the parties' Stipulation to Remand Pursuant to Sentence
2 | Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES
3 | AND DECREES that judgment is entered for Plaintiff.

DATED: 11/29/21

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE